Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Richie Corn,<br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>    Defendant. | CASE NO.1:11-cv-00888-AWI-GSA<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 14-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is November 18, 2011. The new due date will be December 02, 2011. The scheduling order should be modified accordingly.

Dated: November 18, 2011        /s/ Sengthiene Bosavanh

                                SENGTHIENE BOSAVANH, ESQ.
                                Attorney for Plaintiff

Dated: November 18, 2011        BENJAMIN B. WAGNER
                                United States Attorney


                                By: /s/Sundeep R. Patel
                                (as authorized via e-mail)
                                SUNDEEP R. PATEL
                                Special Assistant United States Attorney

    IT IS SO ORDERED.

  **Dated:   November 18, 2011**            **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE